# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** <br><br> and <br><br> **STATE OF CALIFORNIA**, <br><br> Plaintiffs, <br><br> v. <br><br> **JOHN MUIR HEALTH** <br><br> and <br><br> **TENET HEALTHCARE CORPORATION**, <br><br> Defendants. | Case No. 3:23-cv-05952 <br><br> **STIPULATION AND [PROPOSED] TEMPORARY RESTRAINING ORDER** |

1  Plaintiffs Federal Trade Commission ("FTC") and State of California have filed this
2  action seeking to preliminarily enjoin Defendant John Muir Health's ("JMH") proposed
3  acquisition of an interest in San Ramon Regional Medical Center, LLC from Defendant Tenet
4  Healthcare Corporation and its subsidiaries and affiliates (collectively, "Tenet") (the
5  "Acquisition") as a violation of Section 5 of the Federal Trade Commission Act ("FTC Act"),
6  15 U.S.C. § 45, and Section 7 of the Clayton Act, 15 U.S.C. § 18.  FTC, JMH, and Tenet have
7  stipulated to the entry of a temporary restraining order under which JMH and Tenet will not
8  consummate the Acquisition until after 11:59 p.m. Eastern Time on the fifth (5th) business day
9  after the Court rules on Plaintiffs' request for a preliminary injunction under Section 13(b) of
10  the Federal Trade Commission Act, or a date set by the Court, whichever is later.  The
11  stipulation is attached hereto as Exhibit A.

12  The parties jointly request entry of the stipulated temporary restraining order.
13  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: November 20, 2023                    Respectfully submitted,

/s/ Nicolas Stebinger
NICOLAS STEBINGER
Senior Trial Counsel

JOHN WIEGAND
PETER COLWELL
MATTHEW DELGADO
PETER HUSTON
LUCY ROSENZWEIG
ERIKA WODINSKY

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381
*Counsel for Plaintiff Federal Trade Commission*

/s/ Malinda Lee
MALINDA LEE
Deputy Attorney General

STIPULATION AND [Proposed] TEMPORARY RESTRAINING ORDER
CASE NO. 3:23-CV-05952

2

RENUKA GEORGE
Senior Assistant Attorney General

EMILIO VARANINI
Supervising Deputy Attorney General

ROMA PATEL
RAYMOND WRIGHT
MELISSA HAMILL
MATHEW SIMKOVITS
Deputy Attorneys General

California Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6223
*Counsel for Plaintiff State of California*

/s/ Margaret Ward
Margaret Ward
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 875-5876
maward@jonesday.com
*Counsel for Defendant John Muir Health*

/s/ Rich Cunningham
Rich Cunningham
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
rich.cunningham@kirkland.com
(202) 389-3119
*Counsel for Defendant Tenet Healthcare Corporation*

STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] TEMPORARY RESTRAINING ORDER
CASE NO. 3:23-CV-05952

3

1  PURSUANT TO STIPULATION, IT IS SO ORDERED: Defendants John Muir Health
2  and Tenet Healthcare Corporation shall not consummate the Acquisition until after 11:59 p.m.
3  Eastern Time on the fifth (5th) business day after the Court rules on Plaintiffs' request for a
4  preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, or a date
5  set by this Court, whichever is later.

7  DATED: November 20, 2023        _____
                                    United States District Court Judge
                                    Northern District of California

STIPULATION AND [Proposed] TEMPORARY RESTRAINING ORDER
CASE NO. 3:23-cv-05952

4

**FILER'S ATTESTATION**

I, Nicolas Stebinger, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] TEMPORARY RESTRAINING ORDER. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ Nicolas Stebinger
Nicolas Stebinger