1  John Wiegand, IL Bar No. 6191132
   Federal Trade Commission
2  90 7th Street, Suite 14-300
   San Francisco, CA 94103
3  Telephone: (415) 848-5174
   *jwiegand@ftc.gov*

4  Nicolas Stebinger, NY Bar No. 4941464
   Federal Trade Commission
5  600 Pennsylvania Avenue NW
   Washington, DC 20580
6  Telephone: (202) 326-2688
   *nstebinger@ftc.gov*
7
   Malinda Lee, CA Bar No. 263806
8  Roma Patel, CA Bar No. 318175
   California Department of Justice
9  300 S. Spring Street, Suite 1702
   Los Angeles, CA 90013
10 Telephone: (213) 269-6223
   *Malinda.Lee@doj.ca.gov*
11 *Roma.Patel@doj.ca.gov*

12 [Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

13                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
14                         **SAN FRANCISCO DIVISION**

15
16 **FEDERAL TRADE COMMISSION**,

17 and

18 **STATE OF CALIFORNIA**,                   Case No. 5:23-cv-5952

19        Plaintiffs,                        **NOTICE OF APPEARANCE OF EMILIO
                                             VARANINI AS COUNSEL FOR
20    v.                                     PLAINTIFF STATE OF CALIFORNIA**

21 **JOHN MUIR HEALTH**

22     and

23 **TENET HEALTHCARE CORPORATION,**

24        Defendants.

25
26
27
28
   NOTICE OF APPEARANCE
   Case No. 5:23-cv-5952

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I will appear as counsel of record on behalf of Plaintiff State of California in the above captioned matter. I am authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of the State of California. My contact information is:

Emilio Varanini
455 Golden Gate Ave, 11th Fl.
San Francisco, CA 94102
Tel: 415-510-3541
Fax: 415-703-5480
Email: Emilio.Varanini@doj.ca.gov

I am a member of the State Bar of California (State Bar No. 163952)

Dated: November 21, 2023        Respectfully submitted,

/s/ Emilio Varanini
Supervising Deputy Attorney General

RENUKA GEORGE
Senior Assistant Attorney General
ROMA PATEL
RAYMOND WRIGHT
MELISSA HAMILL
MATHEW SIMKOVITS
Deputy Attorneys General
*Attorneys for Plaintiff State of California*