Christopher W. Keegan (SBN 232045)
Anna Terteryan (SBN 300368)
Psalm Cheung (SBN 343767)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: chris.keegan@kirkland.com
Email: anna.terteryan@kirkland.com
Email: psalm.cheung@kirkland.com

Matt Reilly (admitted *pro hac vice*)
Rich Cunningham (admitted *pro hac vice*)
Jeffrey Ayer (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: matt.reilly@kirkland.com
Email: rich.cunningham@kirkland.com
Email: jeffrey.ayer@kirkland.com

*Counsel for Defendant Tenet Healthcare Corporation*

[*Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>and<br><br>STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN MUIR HEALTH<br><br>and<br><br>TENET HEALTHCARE CORPORATION<br><br>Defendants. | CASE NO. 5:23-CV-05952-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:   Hon. P. Casey Pitts |

1  Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs Federal Trade Commission ("FTC" or
2  "Commission") and the State of California (the "State") (collectively, "Plaintiffs") and Defendants John
3  Muir Health ("JMH") and Tenet Healthcare Corporation ("Tenet," collectively with JMH, "Defendants,"
4  and together with Plaintiffs, the "Parties") submit this stipulated request for the Court to shorten the time
5  for: (1) the Initial Case Management Conference in this matter from February 29, 2024 **to December 7,**
6  **2023** or a date at the Court's earliest convenience thereafter; and (2) the submission of a joint case
7  management statement prior to the Initial Case Management Conference from February 15, 2024 **to**
8  **December 4, 2023**. The Parties need the Court's guidance to determine a reasonable schedule for the
9  resolution of Plaintiffs' request for a preliminary injunction to block a pending sale of Tenet's 51% equity
10 interest in San Ramon Regional Medical Center, LLC to JMH (the "Proposed Acquisition"), as set forth
11 herein and in the accompanying Declaration of Anna Terteryan filed contemporaneously herewith.

12 WHEREAS, Plaintiffs have filed this action seeking to preliminarily enjoin the Proposed
13 Acquisition under Section 13(b) of the Federal Trade Commission Act;

14 WHEREAS, on November 17, 2023, the FTC issued an administrative complaint against
15 Defendants alleging that the Proposed Acquisition and its underlying agreement constitute an unfair
16 method of competition in violation of Section 5 of the Federal Trade Commission Act and may, if
17 consummated, substantially lessen competition or tend to create a monopoly in violation of Section 7 of
18 the Clayton Act ("FTC Proceeding");

19 WHEREAS, as part of the FTC Proceeding, the FTC has provided notice of an evidentiary hearing
20 before an Administrative Law Judge of the FTC, which is set to take place on April 17, 2024;

21 WHEREAS, the Defendants request a preliminary injunction ruling in this case in advance of the
22 April 17, 2024 evidentiary hearing in the FTC Proceeding;

23 WHEREAS, on November 20, 2023, this Court entered the Stipulation and Temporary Restraining
24 Order jointly requested by the Parties preventing JMH and Tenet from consummating the Proposed
25 Acquisition until after 11:59 p.m. Eastern Time on the fifth business day after the Court rules on Plaintiffs'
26 request for a preliminary injunction or such other date set by Court (ECF 21);

27 WHEREAS, Plaintiffs seek injunctive relief from this Court to maintain the status quo during the
28 pendency of the FTC Proceeding;

1  WHEREAS, Defendants dispute Plaintiffs' allegations that the Proposed Acquisition is unlawful and seek promptly to litigate this dispute to resolution so that they can consummate the Proposed Acquisition as soon as possible;

WHEREAS, resolution of this dispute will require the development and presentation of evidence from the Parties and multiple third parties, which will require a quick-moving schedule of discovery and briefing deadlines set forth in a case management order from this Court;

WHEREAS, under the Clerk's Notice Resetting Case Management Conference Following Reassignment (ECF 23), an Initial Case Management Conference in this case is set for February 29, 2024 and a joint case management statement is due by February 15, 2024;

WHEREAS, there have been no time modifications in this case other than the resetting of the Initial Case Management Conference and joint case management statement deadline following reassignment of this case to the Honorable P. Casey Pitts;

WHEREAS, the Parties are exchanging drafts of a joint case management statement and proposed scheduling and case management order, met and conferred on November 28 and November 29, 2023 in an effort to resolve their disputes with regard thereto, and plan to meet and confer again as needed in an effort to narrow the disputed issues with respect to scheduling and case management for this case;

WHEREAS, while the Parties believe that they can narrow the disputed issues for discussion at the Initial Case Management Conference over the next several days, the Parties nevertheless believe that an early Initial Case Management Conference and hearing with the Court to address disputed outstanding case management issues early will be necessary; and

WHEREAS, the foregoing exigencies require expedited litigation and resolution of this case, including prompt entry of a scheduling and case management order, and good cause exists for entry of this Order;

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to approval of the Court, that: (1) an Initial Case Management Conference in this case will be held on December 7, 2023 at 1 p.m. Pacific Time; and (2) by no later than December 4, 2023, the Parties shall submit a joint case management statement setting forth, among other things, the key points of disagreement between the Parties as to case scheduling and management to be addressed at the Initial Case Management Conference.

| | | |
|---|---|---|
| 1 | DATED: November 29, 2023 | Respectfully submitted, |

*s/ Anna Terteryan*

   Christopher W. Keegan (SBN 232045)
   Anna Terteryan (SBN 300368)
   Psalm Cheung (SBN 343767)
   KIRKLAND & ELLIS LLP
   555 California Street, Suite 2700
   San Francisco, CA 94104
   Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
   Email: chris.keegan@kirkland.com
   Email: anna.terteryan@kirkland.com
   Email: psalm.cheung@kirkland.com

   Matt Reilly (admitted *pro hac vice*)
   Rich Cunningham (admitted *pro hac vice*)
   Jeffrey Ayer (admitted *pro hac vice*)
   KIRKLAND & ELLIS LLP
   1301 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
   Telephone: (202) 389-5000
   Facsimile: (202) 389-5200
   Email: matt.reilly@kirkland.com
   Email: rich.cunningham@kirkland.com
   Email: jeffrey.ayer@kirkland.com

*Counsel for Defendant Tenet Healthcare Corporation*

DATED: November 29, 2023     *s/ David C. Kiernan*

   David C. Kiernan, Bar No. 215335
   dkiernan@jonesday.com
   Margaret A. Ward, Bar No. 304435
   maward@jonesday.com
   JONES DAY
   555 California Street, 26th Floor
   San Francisco, California 94104
   Telephone:   +1.415.626.3939
   Facsimile:    +1.415.875.5700

   Jeffrey A. LeVee, Bar No. 125863
   jlevee@jonesday.com
   JONES DAY
   555 South Flower Street, 50th Floor
   Los Angeles, California 90071
   Telephone:   +1.213.489.3939
   Facsimile:    +1.213.243.2539

*Counsel for Defendant John Muir Health*

| | |
|---|---|
| DATED: November 29, 2023 | s/ Nicolas Stebinger |
| | NICOLAS STEBINGER |
| | JOHN WIEGAND |
| | PETER COLWELL |
| | MATTHEW DELGADO |
| | PETER HUSTON |
| | LUCY ROSENZWEIG |
| | ERIKA WODINSKY |
| | Federal Trade Commission |
| | 600 Pennsylvania Avenue NW |
| | Washington, DC 20580 |
| | Telephone: (202) 326-2688 |
| | nstebinger@ftc.gov |
| | |
| | *Counsel for Plaintiff Federal Trade Commission* |
| | |
| DATED: November 29, 2023 | s/ Malinda Lee |
| | MALINDA LEE |
| | Deputy Attorney General |
| | RENUKA GEORGE |
| | Senior Assistant Attorney General |
| | EMILIO VARANINI |
| | Supervising Deputy Attorney General |
| | ROMA PATEL |
| | RAYMOND WRIGHT |
| | MATHEW SIMKOVITS |
| | Deputy Attorneys General |
| | California Department of Justice |
| | 300 S. Spring Street, Suite 1702 |
| | Los Angeles, CA 90013 |
| | Telephone: (213) 269-6223 |
| | Malinda.Lee@doj.ca.gov |
| | |
| | *Counsel for Plaintiff State of California* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: December 1, 2023

_____
HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Anna Terteryan, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: November 29, 2023            *s/ Anna Terteryan*
                                                                    Anna Terteryan