**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>and<br><br>**STATE OF CALIFORNIA**,<br><br>   Plaintiffs,<br><br> v.<br><br>**JOHN MUIR HEALTH**<br><br>and<br><br>**TENET HEALTHCARE CORPORATION,**<br><br>   Defendants. | Case No. 3:23-cv-05952<br><br>[PROPOSED] ORDER ON PLAINTIFFS FEDERAL TRADE COMMISSION'S AND STATE OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

[PROPOSED] ORDER ON PLAINTIFFS FEDERAL TRADE COMMISSION'S AND STATE OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-05952

With respect to information that Defendants John Muir Health ("JMH") and/or Defendant Tenet Healthcare Corporation ("Tenet") designated as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, Plaintiffs Federal Trade Commission ("FTC") and State of California have filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Plaintiffs' Administrative Motion") in connection with Plaintiffs' Complaint for a Temporary Restraining Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission Act (Dkt. No. 1).  Plaintiffs, in accordance with Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Complaint | Paragraph 18, Page 6, Lines 19-20 | Tenet |
| Complaint | Paragraph 33, Page 11, Lines 3-6, 7, 8-12 (inc. Graphic) | JMH |
| Complaint | Paragraph 35, Page 11, Lines 19-20, 20-26 (inc. Graphic) | Tenet |
| Complaint | Paragraph 39, Page 12, Lines 7, 9, 9-14, 15 | Tenet |
| Complaint | Paragraph 40, Page 12, Lines 18, 19-25 | Tenet |
| Complaint | Paragraph 41, Page 12, Lines 26-27 | Tenet |
| Complaint | Paragraph 65, Page 17, Lines 20, 21 | JMH |
| Complaint | Paragraph 68, Page 18, Lines 5-6 | JMH |

Having considered Plaintiffs' Administrative Motion and any responsive statement or declaration filed by JMH and/or Tenet pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted versions of the Complaint

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER ON PLAINTIFFS FEDERAL TRADE COMMISSION'S AND STATE OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-05952

shall remain under seal.

[X] DENIED IN ITS ENTIRETY. Plaintiffs shall file a complete unredacted version of the Complaint within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Plaintiffs shall file a revised redacted version of the Complaint, redacting only the information contained in the following specified paragraphs and/or documents within 7 days entry of this Order.

Dated: December 8, 2023

_____
United States District Judge
Northern District of California

[Proposed] Order on Plaintiffs Federal Trade Commission's and State of California's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
Case No. 3:23-cv-05952