Christopher W. Keegan (SBN 232045)
Anna Terteryan (SBN 300368)
Psalm Cheung (SBN 343767)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: chris.keegan@kirkland.com
Email: anna.terteryan@kirkland.com
Email: psalm.cheung@kirkland.com

Matt Reilly (admitted *pro hac vice*)
Rich Cunningham (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: matt.reilly@kirkland.com
Email: rich.cunningham@kirkland.com

Counsel for Defendant Tenet Healthcare Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>and<br><br>STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN MUIR HEALTH<br><br>and<br><br>TENET HEALTHCARE CORPORATION<br><br>Defendants. | CASE NO. 5:23-CV-05952-PCP<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:      Hon. P. Casey Pitts |

WHEREAS, Defendants John Muir Health ("John Muir") and Tenet Healthcare Corporation ("Tenet" and together with John Muir, "Defendants") have each withdrawn their respective Hart-Scott-Rodino Notification and Report Forms previously filed in connection with John Muir's proposed acquisition of Tenet's 51% interest in San Ramon Regional Medical Center, LLC pursuant to an Equity Interest Purchase Agreement, dated January 10, 2023 (the "Proposed Acquisition");

AND WHEREAS, Defendants announced on December 15, 2023 that they are terminating the Equity Interest Purchase Agreement and abandoning the Proposed Acquisition;

IT IS HEREBY STIPULATED AND AGREED TO by the Parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Federal Trade Commission and State of California ("Plaintiffs") by and through their counsel, seek to and hereby voluntarily dismiss without prejudice all claims asserted by Plaintiffs in the above-captioned matter. Defendants each stipulate to Plaintiffs' voluntary dismissal. Each party shall bear its own costs and attorney's fees.

DATED: December 18, 2023                    Respectfully submitted,

*s/ Rich Cunningham*

Christopher W. Keegan (SBN 232045)
Anna Terteryan (SBN 300368)
Psalm Cheung (SBN 343767)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: chris.keegan@kirkland.com
Email: anna.terteryan@kirkland.com
Email: psalm.cheung@kirkland.com

Matt Reilly (admitted *pro hac vice*)
Rich Cunningham (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: matt.reilly@kirkland.com
Email: rich.cunningham@kirkland.com

*Counsel for Defendant Tenet Healthcare Corporation*

| | | |
|---|---|---|
| 1 | DATED:  December 18, 2023 | *s/ David C. Kiernan* |
| 2 | | David C. Kiernan, Bar No. 215335 |
| | | dkiernan@jonesday.com |
| | | Margaret A. Ward, Bar No. 304435 |
| 3 | | maward@jonesday.com |
| | | JONES DAY |
| 4 | | 555 California Street, 26th Floor |
| | | San Francisco, California  94104 |
| 5 | | Telephone:      +1.415.626.3939 |
| | | Facsimile:       +1.415.875.5700 |

Jeffrey A. LeVee, Bar No. 125863
jlevee@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, California  90071
Telephone:      +1.213.489.3939
Facsimile:       +1.213.243.2539

*Counsel for Defendant John Muir Health*

DATED:  December 18, 2023        *s/ Nicolas Stebinger*

NICOLAS STEBINGER
JOHN WIEGAND
PETER COLWELL
MATTHEW DELGADO
ERIK HERRON
PETER HUSTON
NOEL MILLER
LUCY ROSENZWEIG
ERIKA WODINSKY
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Telephone: (202) 326-2688
nstebinger@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

DATED: December 18, 2023         *s/ Malinda Lee*
MALINDA LEE
Deputy Attorney General
RENUKA GEORGE
Senior Assistant Attorney General
EMILIO VARANINI
Supervising Deputy Attorney General
ROMA PATEL
RAYMOND WRIGHT
MATHEW SIMKOVITS
Deputy Attorneys General
California Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6223
Malinda.Lee@doj.ca.gov

*Counsel for Plaintiff State of California*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Rich Cunningham, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: December 18, 2023          *s/ Rich Cunningham*
                                  Rich Cunningham